WARNER CHILCOTT COMPANY, LLC, Warner Chilcott (US), LLC, and Mayne Pharma International Pty. Ltd., Plaintiffs–Appellants,

v.

IMPAX LABORATORIES, INC., Defendant–Cross Appellant,

and

Mylan Pharmaceuticals Inc. and Mylan Inc., Defendants–Cross Appellants,

and

Sandoz, Inc., Defendant.

Nos. 2012–1376, 2012–1377, 2012–1378, 2012–1440, 2012–1441, 2012–1442.

United States Court of Appeals, Federal Circuit.

Sept. 7, 2012.

Dominick A. Conde, Fitzpatrick, Cella, Harper & Scinto, of New York, NY, argued for plaintiffs-appellants. With him on the brief were Gregory B. Sephton, Diego Scambia, Brendan M. O'Malley, and Jeffrey R. Colin. Of counsel on the brief was John E. Flaherty, McCarter & English, LLP, of Newark, NJ. Of counsel was Christina A.L. Schwarz, Fitzpatrick, Cella, Harper & Scinto, of New York, NY.

Eric H. Weisblatt, Wiley Rein LLP, of Washington, DC, argued for defendant-cross appellant, Impax Laboratories, Inc. With him on the brief were Mark A. Pacella, Robert J. Scheffel, Lucy M. Stark and Adrienne G. Johnson. Of counsel was Michael E. Patunas, Lite DePalma, Greenberg & Rivas, LLC, of Newark, NJ.

Larry L. Shatzer, Wilson Sonsini Goodrich & Rosati, PC, of Washington, DC, argued for defendants-cross appellants, Mylan Pharmaceuticals Inc., et al. With him on the brief were Shaun R. Snader; and Joshua Mack, of San Diego, CA; and Tung On Kong, of San Francisco, CA. Of counsel on the brief was Arnold B. Calmann, Saiber, LLC, of Newark, NJ.

Before RADER, Chief Judge, DYK and O'MALLEY, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.